# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. ZULLINGER, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | No. 1-10-cv-1450 |
| | : | |
| YORK COUNTY CCC HALFWAY HOUSE, et al., | : | |
|     Defendants | : | |

## **O R D E R**

**AND NOW,** this 3rd day of June, 2013, upon consideration of the defendants' motion for summary judgment (Document #20), the plaintiff's response thereto (Document #24), and the defendants' reply brief (Document #25), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.