IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. ZULLINGER, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | No. 1-10-cv-1450 |
| | : | |
| YORK COUNTY CCC HALFWAY HOUSE, et al., | : | |
|     Defendants | : | |

## O R D E R  O F  J U D G M E N T

**AND NOW,** this  3rd  day of June, 2013, in accordance with my Order granting the defendants' motion for summary judgment, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of the defendants, and against the plaintiff.

                BY THE COURT:

                 /s/ Lawrence F. Stengel
                LAWRENCE F. STENGEL, J.